No. 14,873.

STATE HIGHWAY DEPARTMENT OF COLORADO
*v.* SEELEY ET AL.
(124 P. [2d] 938)

Decided April 13, 1942.

Judgment affirmed en banc without written opinion.

Mr. BYRON G. ROGERS, Attorney General, Mr. PHILIP A. DERGANCE, Assistant, Mr. OLIVER DEAN, Assistant, Mr. NORMAN E. BRADLEY, Special Assistant, Mr. GAIL L. IRELAND, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. C. H. ANDERSON, Assistant, for plaintiff in error.

Messrs. BENEDICT & PHELPS, for defendants in error Seeley and Lamping.